**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| ALANNA ADCOCK, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-cv-02408 |
| § | |
| KILOLO KIJAKAZI, ACTING § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

**ORDER ADOPTING MAGISTRATE JUDGE'S
MEMORANDUM AND RECOMMENDATION**

On October 8, 2021, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). *See* Dkt. 7. Judge Edison filed a Memorandum and Recommendation on June 1, 2022, recommending that Adcock's motion for summary judgment (Dkt. 9) should be **GRANTED**, and the Commissioner's motion for summary judgment (Dkt. 10) should be **DENIED**. *See* Dkt. 12.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 12) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Adcock's motion for summary judgment (Dkt. 9) should is **GRANTED**, and the Commissioner's motion for summary judgment (Dkt. 10) is **DENIED**.

It is so **ORDERED**.

SIGNED and ENTERED this 17th day of June 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE