UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ALANNA ADCOCK, § | |
| § | |
| Plaintiff. § | |
| § | |
| VS. § | CIVIL ACTION NO. 4:21-cv-02408 |
| § | |
| KILOLO KIJAKAZI, ACTING § | |
| COMMISSIONER OF THE SOCIAL § | |
| SECURITY ADMINISTRATION, § | |
| § | |
| Defendant. § | |

## ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

On October 8, 2021, this case was referred to United States Magistrate Judge Andrew M. Edison under 28 U.S.C. § 636(b)(1). Dkt. 7. On June 1, 2022, Judge Edison filed a Memorandum and Recommendation recommending that Adcock's motion for summary judgment (Dkt. 9) be granted. I adopted that Memorandum and Recommendation, issued a Final Judgment, and remanded this case on June 17, 2022. *See* Dkt. 14. On August 17, 2022, Plaintiff filed a motion for attorney's fees. On October 3, 2022, Judge Edison filed a Memorandum and Recommendation recommending that Adcock's motion for attorney's fees (Dkt. 15) be **GRANTED**. Dkt. 18.

No objections have been filed to the Memorandum and Recommendation. Accordingly, the Court reviews the Memorandum and Recommendation for plain error on the face of the record. 28 U.S.C. § 636(b)(1); *see also* FED. R. CIV. P. 72(b)(3).

Based on the pleadings, the record, and the applicable law, the Court finds that there is no plain error apparent from the face of the record. Accordingly, it is hereby **ORDERED and ADJUDGED** that:

(1) Judge Edison's Memorandum and Recommendation (Dkt. 18) is **APPROVED and ADOPTED** in its entirety as the holding of the Court; and

(2) Adcock's motion for attorney's fees (Dkt. 15) is **GRANTED**; and

(3) Adcock is awarded $402.00 costs from the Judgment Fund pursuant to 31 U.S.C. § 1304; and

(4) The Commissioner shall pay attorney's fees of $8,860.46 under the Equal Access to Justice Act with a check made payable to Adcock and mailed directly to Adcock's attorney.

It is so **ORDERED**.

SIGNED and ENTERED this 18th day of October 2022.

_____
GEORGE C. HANKS, JR.
UNITED STATES DISTRICT JUDGE